# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| SANDRA CURTIS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>WALMART STORES, INC. and DOES A-D,<br><br>　　　Defendants. | Case No. 4:20-cv-00020-BMM<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the Stipulation to Dismiss with Prejudice. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit filed herein is dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs and attorneys' fees.

Dated this 1st day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court